

United States District Court
Eastern District of California

| Shaomin Li, et al. | Case Number: 2:24-cv-01924-DAD-AC |
| --- | --- |
| Plaintiff(s) | |

V.

| Michael Biggs, et al. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| --- | --- |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marc Prokosch hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Shaomin Li, Lichan Peng, Jiagan Li, Jiarui Li

On 05/12/2006 (date), I was admitted to practice and presently in good standing in the State of Minnesota (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 07/15/2024          Signature of Applicant: /s/ Marc Prokosch

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marc Prokosch |
| Law Firm Name: | Prokosch Law LLC |
| Address: | 1700 West Highway 36 |
| | Suite 570 |
| City: | Roseville  State: MN  Zip: 55113 |
| Phone Number w/Area Code: | (651) 333-3039 |
| City and State of Residence: | |
| Primary E-mail Address: | marc@prokoschlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Joshua L. Goldstein |
| Law Firm Name: | Goldstein Immigration Lawyers |
| Address: | 611 Wilshire Blvd |
| | Suite 317 |
| City: | Los Angeles  State: CA  Zip: 90017 |
| Phone Number w/Area Code: | (213) 425-1979  Bar # 332467 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 15, 2024

*Dale A. Drozd*
JUDGE, U.S. DISTRICT COURT